# Court of Appeals of the State of Georgia

ATLANTA,  November 09, 2016

*The Court of Appeals hereby passes the following order:*

**A17I0073.  LASHUNDA HARVARD v. THE STATE.**

Lashunda Harvard sought the recusal of the trial judge to whom her case had been assigned. By order entered October 24, 2016, the trial judge denied the motion. Harvard sought a certificate for immediate review in accordance with OCGA § 5-6-34 (b), but that request was denied. Harvard nonetheless filed this application for interlocutory appeal requesting review of the denial of her motion to recuse in accordance with *Braddy v. State*, 316 Ga. App. 292 (729 SE2d 461) (2012).

In *Braddy*, this Court held that an order denying a motion to recuse was directly appealable under the collateral order doctrine and therefore no certificate of immediate review was required. *Braddy*, supra at 293 (1). However, *Braddy* was explicitly overruled by this Court in *Murphy v. Murphy*, 322 Ga. App. 829, 831-832 (747 SE2d 21) (2013) (finding the collateral order doctrine does not apply to motions to recuse because OCGA § 5-6-34 (b) provides that "the denial of a defendant's motion to recuse in a criminal case" requires a certificate of immediate review.) Thus, Harvard was required to obtain a certificate of immediate review for appellate review of the order denying her motion to recuse. Harvard's failure to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) deprives this Court of jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/09/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*